**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02054-LTB

UNITED STATES OF AMERICA,

        Petitioner,

v.

DOMINICK A. LOVALLO, JR.,

        Respondent.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Petitioner's Notice of Voluntary Dismissal of Case (Doc 2 - filed September 25, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: September 26, 2008